## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DONALD SMITH, Deceased, by
GLORIA SMITH, Personal Representative
for the Estate of DONALD SMITH,

       Plaintiff,

v.                                                   CASE NO. 05-70760
                                                               HON. LAWRENCE P. ZATKOFF

THE UNITED STATES OF AMERICA,

       Defendant.
_____/

## ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION CUT-OFF DATES

     The Court HEREBY ORDERS that, pursuant to the stipulation of the parties, the discovery cut-off date is extended from January 15, 2006 to March 15, 2006, and the dispositive motion cut-off date is extended from February 6, 2006 to April 7, 2006.

     IT IS SO ORDERED.

                                                         s/Lawrence P. Zatkoff
                                                         LAWRENCE P. ZATKOFF
                                                         UNITED STATES DISTRICT JUDGE

Dated: January 30, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 30, 2006.

                                                    s/Marie E. Verlinde  
                                                    Case Manager  
                                                    (810) 984-3290

**ENTRY OF THIS ORDER SHALL NOT DELAY THE PROCEEDINGS IN THE ABOVE MATTER IN ANY MATTER WHATSOEVER**